# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK A. GRANT,<br><br>　　　　　Defendant. | Case No.  5:24-po-00031-CDB<br><br>CVB Violation E1281049 / CA10<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 9) |

　　　　Defendant, Roderick A. Grant, was issued Violation Notice E1281049 with a total collateral due of $380.00.  On February 20, 2024, defendant paid $350.00, which resulted in an outstanding balance of $30.00.   As a result of Defendant's failure to appear for further Court proceedings on April 2, 2024, an additional fee was attached by the Court bringing Defendant's total outstanding obligation to $130.00.  On April 13, 2024, defendant made a payment in the amount of $160.00, resulting in an overpayment of $30.00.

　　　　Accordingly, IT IS HEREBY ORDERED that a refund be issued to defendant, Roderick A. Grant, in the amount of $30.00.

IT IS SO ORDERED.

　　Dated:　__**April 18, 2024**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE